# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge      Court appearing by video conference
Criminal No.  3:24-cr-00013-SHL-SBJ-1          :    Clerk's Court Minutes – Initial Appearance/Arraignment

___

United States of America vs. David Enrique Remigio

___

Gov. Atty(s): Matthew A. Stone                         : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s):  Terence L. McAtee                       : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☐ In Person ☑ Video Conference : Code Violation/Offense:
       ☑ All Parties Consent to Video Proceeding : 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography
Court Reporter: FTR Gold - 242                          : (1)
Interpreter: N/A                                                  :
       ☐ Interpreter Sworn                                  18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child
Date: March 6, 2024                                        Pornography  (2)

Initial Appearance Start Time: 1:07/1:12 pm Arraignment Start Time: 1:15 pm     End Time: 1:10/1:21 pm

## Initial Appearance

☑ Advised of Rights
☐ Advised of Consular Notification Rights           : ☑ Appointed/Previously Appointed FPD
Requesting Consular Notification ☐ Yes ☐ No : ☐ Appointed/Previously Appointed CJA Counsel
☑ Rule 5 Admonition Given                             : ☐ Retained Counsel
                                                                      :

## Arraignment

Trial Scheduled for: April 29, 2024                 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: March 20, 2024              : ☑ Indicted in True Name
Reciprocal Discovery due: March 27, 2024       :      True Name:
Pretrial Motions due: April 8, 2024                 : ☑ Reading of Indictment Waived
Plea Notification Deadline:                            :      Plea of Not Guilty Accepted as to Ct(s): 1 & 2
Plea Entry Deadline: April 15, 2024                : ☑ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    ☑ Defendant advised that failure to enter a plea by deadline
                                                                  :      may negatively impact consideration and finding regarding
                                                                         reduction in offense level based upon Acceptance of
                                                                         Responsibility pursuant to USSG.

## Custody Status

                                                                  :
☑ Government Moved for Detention                 :
☐ Defendant Waived Preliminary Examination  : Detention Hearing Set: March 12, 2024, at 12:00 pm
☐ Defendant Waived Detention Hearing          : Before: The Honorable Stephen B. Jackson, Jr.
                                                                  : Courthouse: Davenport          Room: 242
Court Ordered Defendant:                            : Revocation Hearing Set:
☐ Released on Bond                                    : Before:
☑ Detained                                               : Courthouse:                          Room:

___

Defendant moves to continue the detention hearing until March 12, 2020. Government does not object. Court grants the motion and detention hearing set fr March 12, 2024, at 12:00 pm.
Court was disconnected with the Muscatine County Jail from 1:10-1:12 pm.
The Court finds that today's hearing was conducted by reliable electronic means.

/s/  Brian Phillips
Deputy Clerk