IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:24-cr-13 |
| Plaintiff, | ) | |
| | ) | NOTICE OF INTENT TO |
| vs. | ) | PLEAD GUILTY |
| | ) | |
| DAVID ENRIQUE REMIGIO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant David Enrique Remigio, through counsel, hereby notifies the court and the government of his intent to plead guilty. The court may remove this case from the September 3, 2024, trial schedule.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: terry_mcatee@fd.org

By: /s/ *Terence McAtee*
**Terence McAtee**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Mathew Stone, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on August 5, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/