IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:24-cr-13 |
| v. | ) | |
| | ) | SENTENCING |
| DAVID ENRIQUE REMIGIO, | ) | MEMORANDUM |
| | ) | |
| | ) | |
| Defendant. | ) | |

The government, by and through the undersigned Assistant United States Attorney, files this sentencing memorandum in anticipation of the sentencing hearing currently set for March 13, 2025, at 1:00 p.m.

## TABLE OF CONTENTS

I. **BACKGROUND** ........................................................................................1

II. **SENTENCING CALCULATION** .........................................................2

III. **GOVERNMENT'S RECOMMENDATION**………………………. 3

I. **BACKGROUND**

On March 5, 2024, a two-count Indictment was filed charging David Enrique Remigio (Defendant) with Receipt of Child Pornography, (Count One), in violation of 18 U.S.C. § 2252A(a)(2), 2252A(b)(1) and Possession of Child Pornography, (Count Two), in violation of 18 U.S.C. § 2252A(a)(5)(B), 2252A(b)(2). A Notice of Forfeiture was also filed, pursuant to 18 U.S.C. § 2253. (Final Presentence Investigation Report, hereinafter "PSR." ECF 58, ¶¶ 1-2.) The government filed no objections to the draft PSR. (ECF 44.) Defendant filed objections to the draft PSR. (ECF 45.)

1

None of the objections from Defendant need to be resolved or would have any effect on his guideline range.

On August 12, 2024, Defendant pleaded guilty to Count One of the two-count Indictment and on August 27, 2024, the Court accepted the defendant's plea and adjudicated him guilty. (PSR ¶ 3.) The government agreed to dismiss Count Two at the time of sentencing. (PSR ¶ 4.)

## II. SENTENCING CALCULATION

In the presentence report paragraphs 31-44 and 99, Defendant's guideline range was calculated as follows:

| | |
|---|---|
| Base Offense Level<br>USSG §2G2.2(a)(2) | 22 |
| Prepubescent/Minor Under 12 Years<br>USSG §2G2.2(b)(2) | +2 |
| Distribution Enhancement<br>USSG § 2G2.2(b)(3)(B) | +5 |
| Sadistic/Masochistic Portrayal<br>USSG §2G2.2(b)(4) | +4 |
| Use of a Computer Enhancement<br>USSG §2G2.2(b)(6) | +2 |
| 600+ Images Enhancement<br>USSG § 2G2.2(b)(7)(D) | +5 |
| Acceptance of Responsibility<br>USSG § 3E1.1(a), (b) | -3 |
| Total Offense Level | 37 |
| Criminal History Category | I |

    Guideline Sentencing Range:                      210 to 262 months

    Adjusted Guideline Sentencing Range:      210 to 240 months
    USSG § 5G1.1(c)(1)

## III.    <u>GOVERNMENT'S RECOMMENDATION</u>

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2). The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1). The sentence must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

In this case a search warrant was executed on Defendant's apartment following cybertips being received and reviewed by the Burlington Police Department. (PSR ¶¶ 11-12.) During the search warrant Defendant told detectives that he had a black tracphone that contained child pornography located inside of a jacket in his vehicle. (PSR ¶¶ 12-13.) Defendant admitted that he had received and distributed child pornography, including images of the three-year-old daughter of his friend Metallie Gillette. (PSR ¶ 13.) Once detectives took possession of

3

Defendant's phone, they obtained a search warrant for the phone and searched it. (PSR ¶ 14.) On Defendant's phone they found the images from Metallie Gillette's daughter that Defendant had mentioned. (*Id*.) Forensic examination of the phone also showed child pornography in multiple applications, including Snapchat, Kik, Mega, and Wickr. (PSR ¶ 16.) In the Kik application there were chats between Defendant and other users where Defendant was sending and receiving child pornography links. (*Id*.) Defendant is responsible for 21,675 images of child pornography. (PSR ¶ 23.) The government recommends the court impose a sentence in the guideline range as that will be sufficient and not greater than necessary.

The government is seeking restitution in the amounts listed in the PSR or $3,000. Further the government will ask that Count 2 be dismissed and for forfeiture of the electronic equipment pursuant to the plea agreement.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining the final sentence of this defendant.

                                        Respectfully submitted,

                                        Richard D. Westphal
                                        United States Attorney

                         By: */s/ Matthew A. Stone*
                                        Matthew A. Stone
                                        Assistant United States Attorney
                                        U.S. Courthouse
                                        131 E. Fourth Street, Suite 310
                                        Davenport, Iowa 52801
                                        Tel: (563) 449-5404
                                        Fax: (563) 449-5433
                                        Email: matthew.stone@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on Friday, March 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:  __X__ ECF/Electronic filing

UNITED STATES ATTORNEY
By: _/s/ Matthew A. Stone_
       Assistant U.S. Attorney