# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit         DATE: April 17, 2025

FROM: Clerk, U.S. District Court, Southern District of Iowa - Davenport

Appeal Number:     **25-1607**

District Court Number:     3:24-cr-00013

Name:     USA v. David Remigio

TRANSMITTED HEREWITH:

Original   File:

Designated Clerk's Record:

Sealed Docs:     **One SEALED Judgment (#66) - 3 SEALED Copies**
**One SEALED Deft Exhibit (#63) – 3 SEALED Copies**
**One SEALED Deft Exhibit (#62) – 3 SEALED Copies**
**One SEALED Deft Exhibit (#61) – 3 SEALED Copies**
**One SEALED PSIR (#58) – 3 SEALED Copies**

Transcript     **One Sentencing Hearing Transcript (#73) – 1 Copy**
**One Change of Plea Hearing Transcript (#74) – 1 Copy**

Exhibits:

Comments: